# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2011

143136

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,

v                                                    SC: 143136
                                                     COA: 293629
                                                     Kalamazoo CC: 2008-001640-FH

JEFFREY PAUL GIOGLIO,
          Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the April 5, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals. For the reasons stated in the Court of Appeals dissenting opinion, *United States v Cronic*, 466 US 648; 104 S Ct 2039; 80 L Ed 2d 657 (1984), does not apply to defense counsel's performance in this case. We REMAND this case to the Court of Appeals for consideration of whether defense counsel's performance was ineffective under *Strickland v Washington*, 466 US 668; 104 S Ct 2052; 80 L Ed 2d 674 (1984), and the remaining issue raised by the defendant but not addressed by that court during its initial review of this case.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

_____
Clerk

y0914